AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

2004 NOV 18 P 2: 13

U.S. DISTRICT COURT
HARTFORD, CT.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

HAYMOND, NAPOLI DIAMOND, P.C. ET AL

3:04mc559 (AVC)

v.

Case Number: 02-cv-721

JOHN HAYMOND ET AL.

I, Michael E. Kunz, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 5/26/04, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on 9/8/04.**

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

November 8, 2004
Date

Stephen Bissell
STEPHEN BISSELL, (by) Deputy Clerk

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was

234

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAYMOND, NAPOLI DIAMOND, P.C.
ANDREW NAPOLI, SCOTT DIAMOND, JACK BERNSTEIN and
DAVID BERMAN

v.

JOHN HAYMOND and THE HAYMOND LAW FIRM, P.C.

v.

ANDREW NAPOLI, SCOTT DIAMOND, JACK BERNSTEIN,
DAVID BERMAN and ROBERT HOCHBERG

CIVIL ACTION

NO. 02-721

FILED MAY 26 2004 MICHAEL E. KUNZ, Clerk By Dep. Clerk

## AMENDED CIVIL JUDGMENT

Before The Honorable Norma L. Shapiro:

AND NOW, this 25th day of May, 2004, it is **ORDERED** that the Civil Judgment entered May 21st, 2004, is **AMENDED** only to revise the numerical amount referred to under Count 1 as to defendants' counterclaims, which should read $1,340,655.00, rather than $1,345,655.00. In all other respects, the Civil Judgment entered May 21st, 2004, remains unchanged. The correct judgment follows:

AND NOW, this 21st day of May, 2004, in accordance with jury interrogatories of May 14, 2004, May 18, 2004, and May 21, 2004, respectively, it is **ORDERED** that **CIVIL JUDGMENT** is entered as follows:

As to Plaintiffs' Complaint:

Count I: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Haymond, Napoli Diamond, P.C., Andrew Napoli, Scott Diamond, Jack Bernstein, and David Berman.

Count III: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Scott Diamond, only.

As to Defendants' Counterclaims:

Count I: Judgment is entered in favor of The Haymond Law Firm and against Haymond Napoli Diamond, P.C. in the amount of One Million, Three Hundred Forty Thousand, Six Hundred Fifty-five Dollars (**$1,340,655.00**).

Counts II and III: Judgment is entered in favor of John Haymond and against Haymond, Napoli Diamond, P.C., Andrew Napoli, Scott Diamond, Jack Bernstein, David Berman and Robert Hochberg, jointly and severally, in the amount of One Million, Fifty Thousand Dollars ($1,050,000.00).

Count IV: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Robert Hochberg, only, in the amount of Two Hundred Seventy-nine Thousand, Nine Hundred Ninety-nine Dollars and Ninety-nine Cents ($279,999.99).

BY THE COURT:

/s/ Norma L. Shapiro, J.

J.

ENTERED MAY 26 2004 CLERK OF COURT

ATTEST:

Madeline F. Ward, Deputy Clerk

5-26-04

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: OCT 26 2004
ATTEST: Steve Tomé
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA